

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FILE COPY**

**08 CV 5311**

INTERNATIONAL PURSUIT CORPORATION

Plaintiff,

-v-

NIKE USA, INC.

Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED JUN 1 0 2008 U.S.D.C.S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

International Pursuit Corporation   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

International Pursuit Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

**Date:** 6/10/08

**Signature of Attorney**

**Attorney Bar Code:** MY 2631