Michael M. Yi (MY 2631)
Lee Anav Chung LLP
350 Fifth Avenue, Suite 5411
New York, New York 10118
Telephone: (212) 271-0664
Facsimile: (212) 271-0665

*Attorneys for Plaintiff*
*International Pursuit Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   08 CV 5311 (SHS) (RLE)
INTERNATIONAL PURSUIT CORPORATION,

                Plaintiff,

    v.

NIKE USA, INC.,

                Defendant.
------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

      PLEASE TAKE NOTICE that plaintiff International Pursuit Corporation hereby voluntarily dismisses this civil action, without prejudice.

Dated: New York, New York
       June 12, 2008

LEE ANAV CHUNG LLP

By: _____
    Michael M. Yi (MY 2631)

350 Fifth Avenue, Suite 5411
New York, New York 10018
(212) 271-0664

*Attorneys for Plaintiff*
*International Pursuit Corporation*

SO ORDERED 6/16/08

_____
U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/16/08]